In the Matter of JOHN ENGLISH et al., Appellants, v. SOLOMON HOBERMAN et al., Constituting the Department of Personnel and the Civil Service Commission of the City of New York, et al., Respondents, and HAROLD F. SMITH et al., Intervenors-Respondents.

Concur — Botein, P. J., Stevens, Steuer, McNally and McGivern, JJ.